No. D–2154. IN RE DISBARMENT OF ADAMS. James Llewellyn Adams, of Breckenridge, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2156. IN RE DISBARMENT OF MITCHELL. Ekita Leverette Mitchell, of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 99M76. PAYNE v. JENNINGS ET AL.;

No. 99M78. PARTRIDGE v. DEPARTMENT OF DEFENSE; and

No. 99M79. NORIEGA-PEREZ v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99–224. MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY, ET AL. v. FRENCH ET AL. C. A. 7th Cir. [Certiorari granted sub nom. Duckworth v. French, 528 U. S. 1045]; and

No. 99–582. UNITED STATES v. FRENCH ET AL. C. A. 7th Cir. [Certiorari granted, 528 U. S. 1045.] Motion of petitioners for divided argument granted, and the time is divided as follows: 20 minutes for the Solicitor General, 20 minutes for petitioners Miller et al., and 20 minutes for respondents.

No. 99–387. RALEIGH, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STOECKER v. ILLINOIS DEPARTMENT OF REVENUE. C. A. 7th Cir. [Certiorari granted, 528 U. S. 1068.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–579. HARRIS TRUST AND SAVINGS BANK, AS TRUSTEE FOR THE AMERITECH PENSION TRUST, ET AL. v. SALOMON SMITH BARNEY INC. ET AL. C. A. 7th Cir. [Certiorari granted, 528 U. S. 1068.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.